RECEIVED
IN LAKE CHARLES, LA

JUN 2 6 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. CR. NO. 98-20097-01 |
| --- | --- | --- |
|  |  | CV. NO. 05- 1271 |
| VS. | : | JUDGE TRIMBLE |
| ALBERT HOLMES, JR. | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion under 28 U.S.C. to Vacate, Set Aside or Correct a Sentence (doc. #21 in Criminal No. 98-20097-01) filed by defendant, Albert Holmes, Jr. is hereby **DENIED** and **DISMISSED**.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 26th day of May, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE